UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FRECI VIZCAINO MEJIA,<br>Petitioner,<br>v.<br>WARDEN,<br>Respondent. | CAUSE NO. 3:26-CV-714-CCB-SJF |

ORDER

Immigration detainee Freci Vizaino Mejia, representing himself, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging he is unlawfully confined in violation of the laws or Constitution of the United States. ECF 2. On June 3, 2026, the Warden answered the petition, representing that Mejia had been ordered removed from the country, and it was unclear whether Mejia intended to appeal that decision. ECF 7. Mejia did not file a reply to the petition, suggesting he might no longer be in immigration custody. Consequently, the court will order a supplemental status report as to Mejia's current location and removal status.

For these reasons, the court ORDERS the Warden to file a supplemental status report by **September 28, 2026**.

SO ORDERED on September 22, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge